### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OK KYONG HEDRICK, et al. | * |
| | * |
| Plaintiffs | |
| | * |
| | * |
| UNITED STATES OF AMERICA | *    Civil Action No.:  1:05CV02070 |
| | |
| Defendants | * |

     \*    \*    \*    \*    \*

### RETURN OF SERVICE

I served the following documents (check all that apply):

- [X] summons
- [X] complaint and any attachments
- [ ] subpoena
- [ ] other - describe: _____

By (check method of service):

- [ ] Personal - place served: _____
- [X] Certified mail, Return Receipt Requested - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

On (name of person or entity served):  Defendant, United States of America - Alberto R. Gonzales, Attorney General

Date of service:  December 5, 2005

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

| | |
|---|---|
| Signature of process server: | _____ |
| Date: | December 15, 2005 |
| Printed name of process server: | Stuart M. Salsbury, Esq. |
| Address of process server: | 300 W. Pratt St., Suite 450, Balt., MD 21201 |
| Phone number of process server: | 410-539-6633 |

(Rev. 02/2001) Return of Service