**U.S. Postal Service™** HEDRICK-SMS
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .83 | |
| Certified Fee | 2.30 | 12/1/05 Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.88 | |

Sent To UNITED STATES OF AMERICA
Alberto R. Gonzales, Attorney General
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave., NW
City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, June 2002    See Reverse for Instructions

7005 0390 0003 7283 7468

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America
Alberto R. Gonzales, Attorney General
950 Pennsylvania Ave., NW
Washington DC  20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_      ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
DEC 0 5 2005

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0003 7283 7468

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540