**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OK KYONG HEDRICK, et al. | * |
| | * |
| Plaintiffs | * |
| | * |
| UNITED STATES OF AMERICA | * Civil Action No.: 1:05CV02070 |
| | * |
| Defendants | * |

\* \* \* \* \*

**RETURN OF SERVICE**

I served the following documents (check all that apply):

- [X] summons
- [X] complaint and any attachments
- [ ] subpoena
- [ ] other - describe: _____

By (check method of service):

- [ ] Personal - place served: _____
- [X] Certified mail, Return Receipt Requested - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

On (name of person or entity served):  Defendant, United States of America - Walter Reed Army Medical Center - JAG/Scott O. Murdoch, Chief of Claims

Date of service:  December 5, 2005

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Signature of process server: _____

Date: December 15, 2005

Printed name of process server:  Stuart M. Salsbury, Esq.

Address of process server:  300 W. Pratt St., Ste. 450, Balt., MD 21201

Phone number of process server:  410-539-6633

(Rev. 02/2001) Return of Service