**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

OK KYONG HEDRICK, et al.             *

                                   *

       Plaintiffs                 *

                                   *

UNITED STATES OF AMERICA      *   Civil Action No.:  1:05CV02070

       Defendants           *

               *     *     *     *     *

**RETURN OF SERVICE**

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [ ] other - describe: _____

By (check method of service):

- [ ] Personal - place served: _____
- [x] Certified mail, Return Receipt Requested - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

_____

On (name of person or entity served):   Defendant, United States of America - United

States Attorney for the District of Columbia _____

Date of service:   December 5, 2005

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Signature of process server: _____

Date: _____ December 15, 2005 _____

Printed name of process server:   Stuart M. Salsbury, Esq.

Address of process server:   300 W. Pratt St., Ste. 450, Balt., MD 21201

Phone number of process server:   410-539-6633