## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **OK KYONG HEDRICK**<br>3701 Blackwater Road<br>Clinton, Maryland 20735<br><br>and<br><br>**JOHN HEDRICK**<br>3701 Blackwater Road<br>Clinton, Maryland 20735<br><br>        **Plaintiffs,**<br><br>    v.<br><br>**UNITED STATES OF AMERICA**<br><br>**Serve:**<br><br>**United States Attorney for the**<br>**District of Columbia**<br>**Courthouse**<br>**555 - 4th Street, N.W.**<br>**Washington, D.C. 20530**<br><br>and<br><br>**United States Department of Justice**<br>**Alberto Gonzales, Attorney General**<br>**950 Pennsylvania Avenue, N.W.**<br>**Washington, D.C. 20530-1000**<br><br>and<br><br>**Walter Reed Army Medical Center**<br>**Attn: Jag (Medical Malpractice)**<br>**Scott O. Murdoch, Chief of Claims**<br>**6900 Georgia Avenue, N.W.**<br>**Washington, D.C. 20307-5001**<br><br>        **Defendants.** | **Civil Action Number: 05-2070 (JR)** |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Kevin K. Robitaille as counsel for defendants in the above-captioned case.

\_\_\_\_/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780