August 30, 2006

The Honorable James Robertson
United States District Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

**Re:**  Hedrick, et al. v. United States of America
**Civil Action No.:**  05-2070 (JR)

Dear Judge Robertson:

     This is a status report in the above referenced matter pursuant to the scheduling order of this court.  Kevin Robitaille, the Assistant United States Attorney representing the United States in this matter, and I have conferred.

     Discovery is proceeding in an orderly manner.  Plaintiffs have filed Interrogatories and Request for Production and Mr. Robitaille has informed me that he is in the process of completing answers to these.  Plaintiffs have designated their expert witnesses in this matter and reports of the experts have been supplied to defense counsel.  The defendant is to designate their expert witnesses by the end of this week.  The deposition of the principle doctor involved in this matter, Ross Moquin, M.D., is scheduled to be taken on September 14, 2006.  After this deposition is completed plaintiffs have agreed to make available their expert witnesses for deposition.  We are also in the process of setting up the deposition of the plaintiff, Mrs. Hedrick.

     Mr. Robitaille and I have accommodated each other when scheduling difficulties have occurred or extensions are needed.  We have worked amicably to move the case forward according to the court's scheduling order.  We both feel that discovery will be completed in a timely manner.

                                   Respectfully yours,

                                   Stuart M. Salsbury

SMS/syh
cc:  Kevin K. Robitaille, Esquire