IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OK KYONG HEDRICK, et al. | * |
| | * |
| Plaintiffs | |
| | * |
| v. | |
| | * |
| UNITED STATES OF AMERICA | |
| | *   Civil Action No.: 1:05CV02070 (JR) |
| Defendants | * |

\* \* \* \* \*

**JOINT STATUS REPORT**

In accordance with the Scheduling Order, the Plaintiffs, Ok K. Hedrick and John Hedrick, and the Defendant, the United States of America, by their respective counsel, hereby report on the status of the case to date. Specifically, the parties submit:

1. That discovery is proceeding in an orderly manner. Plaintiffs have filed Interrogatories and Request for Production and defense counsel is in the process of completing answers to these.

2. Plaintiffs have designated their expert witnesses in this matter and reports of the experts have been supplied to defense counsel. The defendant is to designate their expert witnesses by the end of this week.

3. The deposition of the principle doctor involved in this matter, Ross Moquin, M.D., is scheduled to be taken on September 14, 2006. After this deposition is completed plaintiffs have agreed to make available their expert witnesses for deposition. The parties are also in the process of setting up the deposition of the plaintiff, Mrs. Hedrick.

4. Counsel have accommodated each other when scheduling difficulties have occurred or extensions are needed. Counsel have worked amicably to move the case forward according to the court's scheduling order. Both feel that discovery will be

completed in a timely manner.

Respectfully Submitted:

_____
STUART M. SALSBURY, D.C. Bar #463059
SALSBURY, CLEMENTS, BECKMAN,
    MARDER & ADKINS, L.L.C.
300 W. Pratt Street
Suite 450
Baltimore, Maryland 21201
410-539-6633

Attorneys for Plaintiffs


_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W. 10th Floor
Washington, DC  20530
202-353-9895