IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN HEDRICK )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>**Defendant.** )<br>_____) | Civil Action Number: 05-2070 (JR) |

## JOINT REQUEST FOR REFERRAL TO MEDIATION

Trial in this matter is currently scheduled to begin March 26, 2007, and the pretrial conference is scheduled for March 20, 2007. The parties believe there is a realistic possibility of settlement and further believe that this case can benefit from mediation. The parties agree that this case should be promptly referred to Magistrate Judge Alan Kay for mediation.

Respectfully submitted,

_____/s_____
STUART MARSHALL SALSBURY
Salsbury, Clements,
Bekman, Marder & Adkins, L.L.C.
300 West Pratt Street
Suite 450
Baltimore, MD 21201

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895