**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN HEDRICK** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action Number: 05-2070 (JR)** |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**MEDIATION REFERRAL ORDER**

Upon consideration of matters raised by the Joint Request for Referral to Mediation, the parties agree that this case should be promptly referred for mediation. With the consent of the parties, it is hereby ORDERED that

1. This matter is referred to Magistrate Judge Alan Kay for mediation.

2. Mediation efforts shall conclude by March 15, 2007.

3. If the case settles in whole or in part, counsel shall immediately advise the Court of the settlement by filing a stipulation.

_____
JAMES ROBERTSON
United States District Judge

Date: _____