| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 4-30-88 |
|---|---|---|
| 1. Submit To Appropriate Federal Agency:<br>Department of the Army<br>Walter Reed Army Medical Center<br>Office of the Center Judge Advocate<br>Washington, DC 20307-5001 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)<br>John R. Hedrick<br>507 Rising Sun Road<br>Camden, Delaware 19934 | |

| 3. TYPE OF EMPLOYMENT<br>☒ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>July 3, 2002 & July 24, 2002 | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

**PLEASE SEE ATTACHED CONTINUATION SHEET**

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| | |

12. (See instructions on reverse) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.)<br>$3,540,000.00 |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>*[signed]* Stuart M. Salsbury, attorney for John R. Hedrick | 13b. Phone number of signatory<br>(302) 698-3492 | 14. DATE OF CLAIM<br>6-28-04 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM<br>The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS<br>Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

95-107                    NSN 7540-00-634-4046                    STANDARD FORM 95 (Rev. 7-85)

## Attorney Authorization

To:   Walter Reed Army Medical Center
      Attn: Jag (Medical Malpractice)
      Scott O. Murdoch, Chief of Claims
      6900 Georgia Avenue, N.W.
      Washington, DC  20307-5001


      U.S. Army Claims Service
      4411 Llewellyn Avenue
      Fort George G. Meade, Maryland 20755-5360


I, John Hedrick, hereby designate and authorize Stuart M. Salsbury, Esquire, associated with the law office of Salsbury Clements Bekman Marder & Adkins, L.L.C. to represent me in any and all claims which have been filed or will be filed arising from the medical treatment received by my wife, Ok K. Hedrick from Walter Reed Army Medical Center, 6900 Georgia Avenue, N.W. Washington, DC 20307-5001 from July 3, 2002 through July 24, 2002.


Executed this 24th day of June, 2004, at Baltimore, MD.

                                        _____
                                        Signature of Claimant