**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

OK KYONG HEDRICK, *et al.*,          :
                                     :
      Plaintiffs,          :
                                     :
    v.                           : Civil Action No. 05-2070 (JR)
                                     :
U.S.A., *et al.*,                    :
                                     :
      Defendants.          :

<u>**NOTICE TO COUNSEL**</u>


    Counsel are advised that the Court is preparing findings of fact and conclusions of law using the Court's notes and trial exhibits and expects to file them early next week.  The filing deadlines announced at the close of trial are **vacated**.


JAMES ROBERTSON
United States District Judge