A0450 (Rev. - DC 04/00) Judgment in a Civil Case

FILED

# UNITED STATES DISTRICT COURT

APR 0 4 2007

DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OK KYONG HEDRICK and
JOHN HEDRICK

JUDGMENT IN A CIVIL CASE

V.

UNITED STATES OF AMERICA

Case Number: 05-2070(JR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That judgment is entered in favor of the plaintiffs Ok Kyong Hedrick and John Hedrick, and against the defendant United States of America. Judgment in favor of plaintiff Ok Kyong Hedrick in the amount of $1,571,430.00, and judgment in favor of plaintiff John Hedrick in the amount of $200,000.00. Plaintiffs shall have recovery of their costs, and this action is hereby dismissed.

Dated: April 4, 2007

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk