IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OK KYONG HEDRICK, et al. | * |
| | * |
| Plaintiffs | * |
| 5. | * |
| UNITED STATES OF AMERICA | *    Civil Action No.: 1:05CV02070 |
| Defendant | * |
|      *     *     *     *     * | |

**BILL OF COSTS**

Judgment having been entered in the above-captioned action on the 4th day of April, 2007, against the Defendant, United States of America, with costs, Plaintiffs, Ok K. Hedrick and John Hedrick, by and through their attorneys Stuart M. Salsbury, and Salsbury, Clements, Bekman, Marder & Adkins, L.L.C., pursuant to 28 U.S.C. § 1920 and Local Rule 54.1, request the Clerk to tax the following as costs:

    **I. Fees of the clerk and marshal.**

        A. Clerk/Filing fees

           1. Complaint                                                       $250.00

    **II. Fees of the court reporters for all or any part of stenographic transcripts necessarily obtained for use in the case.**

        A. Deposition Transcripts of Lay Witnesses

           1. Deposition of Ok K. Hedrick                   $235.00

        B. Deposition Transcripts of Defendants & Expert Witnesses

1

  1. Deposition of Ross Moquin, M.D.(1 of 2)   $332.50

  2. Deposition of Bruce Ammerman, M.D.   $322.00

  3. Deposition of Ross Moquin, M.D.(2 of 2)   $427.00

  4. Deposition of Khaled Kebaish, M.D.   $209.50

  5. Deposition of Kuhrt Wieneke, M.D. D.   $177.50

  6. De Bene Esse Deposition Video of
    Khaled Kebaish, M.D.   $804.50

**III. Fees and disbursements for printing and witnesses.**

 A. Witness Fees pursuant to §1821(b)   $120.00

 B. Expert Witness Fees:

  1. Khaled Kebaish, M.D.
    3 Hour De Bene Esse Deposition   $2,700.00

  2. Kuhrt Wieneke, M.D.
    1 day of trial testimony & travel exps.   $5,356.00

  3. Thomas C. Borzilleri, Ph.D.
    1 day of trial testimony   $1,500.00

  4. Charles Smolkin, LCPC
    1 day of trial testimony   $2,275.00

**IV. Fees for exemplification and copies of papers necessarily obtained for use in the case.**

 A. Copies of Medical Records

  1. Johns Hopkins Hospital   $259.24

  2. Hamilton, Bolasny, Newell, et al.   $30.00

  3. Integrated Care of Dover, P.A.   $26.00

  4. Interventional Pain Management   $25.00

    5. Johns Hopkins Hopsital-Dept. of Radiology    $105.00

    6. X-Ray Duplicating    $71.40

    7. Executive Exhibits    $240.00

B. In House Copies

    1. Excess of 1200 Copies at $00.25 a page    $300.00

**TOTAL COSTS REQUESTED**    **$15,765.64**

That in further support of this Bill of Costs, the Court is respectfully referred to the attached Memorandum of Point and Authorities.

STUART M. SALSBURY Fed. Bar #463059
SALSBURY, CLEMENTS, BEKMAN,
    MARDER & ADKINS, L.L.C.
300 West Pratt Street
Suite 450
Baltimore, Maryland 21201
410-539-6633

Attorneys for Plaintiffs