IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OK KYONG HEDRICK, et al. | * |
| | * |
| Plaintiffs | * |
| 5. | * |
| UNITED STATES OF AMERICA | *   Civil Action No.:  1:05CV02070 |
| Defendant | * |

\* \* \* \* \*

## AFFIDAVIT OF STUART M. SALSBURY

I, STUART M. SALSBURY hereby certify and attest:

1. I am over 18 years of age, I am competent to testify, and I have knowledge and information pertaining to the facts and material set forth in this affidavit.

2. I am a partner with the law firm of Salsbury, Clements, Bekman, Marder & Adkins, L.L.C.

3. During the course of the above-captioned litigation, the following costs were incurred which are reimbursable under Federal Law:

**I. Fees of the clerk and marshal.**

    A. Clerk/Filing fees

        1. Complaint        $250.00

**II. Fees of the court reporters for all or any part of stenographic transcripts necessarily obtained for use in the case.**

    A. Deposition Transcripts of Lay Witnesses

        1. Deposition of Ok K. Hedrick        $235.00

B.  Deposition Transcripts of Defendants & Expert Witnesses

    1. Deposition of Ross Moquin, M.D.(1 of 2) — $332.50

    2. Deposition of Bruce Ammerman, M.D. — $322.00

    3. Deposition of Ross Moquin, M.D.(2 of 2) — $427.00

    4. Deposition of Khaled Kebaish, M.D. — $209.50

    5. Deposition of Kuhrt Wieneke, M.D. D. — $177.50

    6. De Bene Esse Deposition Video of Khaled Kebaish, M.D. — $804.50

### III. Fees and disbursements for printing and witnesses.

A.  Witness Fees pursuant to §1821(b) — $120.00

B.  Expert Witness Fees:

    1. Khaled Kebaish, M.D.
       3 Hour De Bene Esse Deposition — $2,700.00

    2. Kuhrt Wieneke, M.D.
       1 day of trial testimony & travel exps. — $5,356.00

    3. Thomas C. Borzilleri, Ph.D.
       1 day of trial testimony — $1,500.00

    4. Charles Smolkin, LCPC
       1 day of trial testimony — $2,275.00

### IV. Fees for exemplification and copies of papers necessarily obtained for use in the case.

A.  Copies of Medical Records

    1. Johns Hopkins Hospital — $259.24

    2. Hamilton, Bolasny, Newell, et al. — $30.00

    3. Integrated Care of Dover, P.A. — $26.00

    4. Interventional Pain Management    $25.00

    5. Johns Hopkins Hopsital-Dept. of Radiology    $105.00

    6. X-Ray Duplicating    $71.40

    7. Executive Exhibits    $240.00

B. In House Copies

    1. Excess of 1200 Copies at $00.25 a page    $300.00

**TOTAL COSTS REQUESTED**    <u>**$15,765.64**</u>

I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing affidavit are true.

_____
STUART M. SALSBURY