**SALSBURY, CLEMENTS, BEKMAN, MARDER & ADKINS, LLC**  50588

U.S. DISTRICT COURT - DC                                    10/13/2005
1050921 · HEDRICK           HEDRICK, O.-FILING FEE                     250.00

CASH IN FIRST NATI    HEDRICK, O.-FILING FEE                           250.00

523605 (7/05)



```
GG
THANK YOU
     CHECK TENDERED $          $250.00
         250.00
===== T O T A L =======
         250.00
086900    FILING FEE CIVIL
CASE # 05-2070
======NO REFUND WITHOUT RECEIPT======
DC   1-1 LATO        Receipt # 139033
10/24/05                    9:38:39 AM
             WASHINGTON D.C.
     U.S. DISTRICT COURT
```

Case 1:05-cv-02070-JR    Document 23-4    Filed 04/13/2007    Page 1 of 13

PLEASE MAKE CHECKS PAYABLE TO:

PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE.

## NEAL R. GROSS & CO., INC.

1323 RHODE ISLAND AVE., NW  
WASHINGTON, DC 20005-3701  
nrgross@nealrgross.com

202/234-4433  
FAX: 202/387-7330  
www.nealrgross.com

DUNS NO. 00-162-7124  
EIN NO. 52-1097058

| BILL TO: | BILL DATE | INVOICE NO. |
|---|---|---|
| Salsbury, Clements, Bekman, Marder & Adkins<br>ATTN: Stuart M. Salsbury, Esq.<br>300 W. Pratt Street #450<br>Baltimore, Maryland 21201 | 11/16/06 | MA10246USA-SAL-PF |
| | P.O./CONTRACT NO./CREDIT CARD ||

| DATE | PROCEEDINGS | | AMOUNT |
|---|---|---|---|
| 10/24/06 | Ok Kyong Hedrick, et al.<br>v.<br>United States of America | Disk containing transcript in WordPerfect format | $200.00 |
| | | Hard copy of condensed transcript | $35.00 |
| | *Held in Washington, D.C.* | | |
| | | SHIPPING & HANDLING | $0.00 |
| | | **TOTAL AMOUNT DUE:** | $235.00 |

INVOICES ARE DUE AND PAYABLE UPON RECEIPT. A LATE CHARGE OF 1.5% PER MONTH ON OUTSTANDING BALANCES PAST 30 DAYS FROM DATE OF INVOICE, PLUS ATTORNEY'S FEES, WILL BE CHARGED FOR LATE PAYMENT.

# Invoice

CRC-Salomon
9515 Deereco Road
Suite 200
Timonium, MD 21093
Phone: (410) 821-4888    Fax: (410) 821-4889

Job #: 061113SSS
Job Date: 11/13/2006
Order Date: 11/13/2006
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Invoice #: 37741
Inv. Date: 11/20/2006
Balance: $332.50

**Bill To:**
Stuart M. Salsbury, Esq.
Salsbury, Clements, Bekman, Marder & Adkins
300 West Pratt Street
Suite 450
Baltimore, MD 21201

Action: Hedrick, Ok Kyong
VS
United States of America

Action #:

Rep: Stephanie Sturm
Cert:

| Item | Proceeding/Witness | Description | Quantity | Units | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Ross Moquin, M.D. | Original | 95 | Pages | $3.50 | $332.50 |
| 2 | Ross Moquin, M.D. | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 3 | | Shipping & Handling | 1.00 | Labor | $0.00 | $0.00 |

Comments:

Thank You For Your Business

Sub Total: $332.50
Shipping: $0.00
Tax: N/A
**Total Invoice: $332.50**
Payment: $0.00
**Balance Due: $332.50**

Federal Tax I.D.: 52-1938692    Terms: Due Upon Receipt

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Stuart M. Salsbury, Esq.
Salsbury, Clements, Bekman, Marder & Adkins
300 West Pratt Street
Suite 450
Baltimore, MD 21201

**Deliver To:**
Stuart M. Salsbury, Esq.
Salsbury, Clements, Bekman, Marder & Adkins
300 West Pratt Street
Suite 450
Baltimore, MD 21201

# Invoice

Phone: (410) 821-4888
Fax: (410) 821-4889

CRC-Salomon
9515 Deereco Road
Suite 200
Timonium, MD 21093

Invoice #: 37741
Inv. Date: 11/20/2006
Balance: $332.50
Job #: 061113SSS
Job Date: 11/13/2006
DB Ref.#:
Date of Loss: / /
Your File #:

**Salomon**
Deereco Road
Suite 200
Timonium, MD 21093
(410) 821-4888   Fax: (410) 821-4889

Job #: 070148SSS
Job Date: 01/18/2007
Order Date: 01/18/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 38311
Inv.Date: 01/22/2007
Balance: $322.00

| Bill To: | Action: Hedrick, Ok Kyong |
|---|---|
| Stuart M. Salsbury, Esq. | vs |
| Salsbury, Clements, Bekman, Marder & Adkins | United States of America |
| 300 West Pratt Street | Action #: |
| Suite 450 | Rep: Stephanie Sturm |
| Baltimore, MD 21201 | Cert: |

| Item | Proceeding/Witness | Description | Quantity | Units | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Bruce Ammerman, M.D. | Original | 92 | Pages | $3.50 | $322.00 |
| 2 | Bruce Ammerman, M.D. | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 3 | | Shipping & Handling | 1.00 | Labor | $0.00 | $0.00 |

Comments:

Thank You For Your Business

| | |
|---|---|
| Sub Total | $322.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $322.00 |
| Payment | $0.00 |
| **Balance Due** | $322.00 |

Federal Tax I.D.: 52-1938692    Terms: Due Upon Receipt

Please KEEP THIS PART for YOUR RECORDS.



**C-Salomon**
315 Deereco Road
Suite 200
Timonium, MD 21093
e: (410) 821-4888    Fax: (410) 821-4889

*Handwritten:* Pd Ck 56340 2/8/07

Job #: 070126SES
Job Date: 01/26/2007
Order Date: 01/26/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #:    38392
Inv.Date:    01/30/2007
Balance:    $427.00

| Bill To: | Action: | Hedrick, Ok Kyong |
|---|---|---|
| Stuart M. Salsbury, Esq. | | vs |
| Salsbury, Clements, Bekman, Marder & Adkins | | United States of America |
| 300 West Pratt Street | Action #: | |
| Suite 450 | Rep: | Susan E. Smith |
| Baltimore, MD 21201 | Cert: | |

| Item | Proceeding/Witness | Description | Quantity | Units | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Ross Moquin, M.D. | Original | 122 | Pages | $3.50 | $427.00 |
| 2 | Ross Moquin, M.D. | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 3 | Ross Moquin, M.D. | CD Creation | 1.00 | Cd | $0.00 | $0.00 |
| 4 | | Shipping & Handling | 1.00 | Labor | $0.00 | $0.00 |

Comments:

Thank You For Your Business

| | |
|---|---|
| Sub Total | $427.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $427.00 |
| Payment | $0.00 |
| Balance Due | $427.00 |

Federal Tax I.D.: 52-1938692    Terms: Due Upon Receipt

Please KEEP THIS PART for YOUR RECORDS.

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE RD
ANNAPOLIS, MD 21409
410-974-0947   301-261-1902

# Invoice

| DATE | INVOICE |
|---|---|
| 3/16/2007 | 3065 |

| BILL TO: |
|---|
| Stuart M. Salsbury, Esq.<br>300 West Pratt Street, Suite 450<br>Baltimore, MD 21201<br>(410) 539-6633 |

| TERMS |
|---|
| COD |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 2/2/2007 | OK-Kyong Hedrick vs. USA<br>Case No: 05-2070 (JR)<br>Deposition of: Khaled Kebaish | 84 | 2.25 | 189.00 |
| | Exhibits | 11 | 0.50 | 5.50 |
| | | | 15.00 | 15.00 |

Federal ID # 52-1238946
Please reference invoice number on payment. Outstanding balances incur a finance charge of 1.5% per month.

**Total**  $209.50

**SALSBURY, CLEMENTS, BEKMAN,
MARDER, & ADKINS, LLC**
300 WEST PRATT ST STE 450
BALTIMORE, MD 21201-6511
(410) 539-6633

1619
7-11-520

DATE 3/23/07

PAY TO THE ORDER OF: Free State Reporting     $177.50

One hundred seventy-seven 50/100 DOLLARS

M&T Bank
Manufacturers and Traders Trust Company
South Charles Street Office

FOR 0921-Depo Trans Hedrick / Dr. Wieneke

⑆001619⑆ ⑈052000113⑈ 15496740⑆

## RC-Salomon

9515 Deereco Road
Suite 200
Timonium, MD 21093
Phone: (410) 821-4888    Fax: (410) 821-4889

Job #: 070316LLC
Job Date: 03/16/2007
Order Date: 03/16/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 38883
Inv.Date: 03/22/2007
Balance: $479.50

**Bill To:**
Stuart M. Salsbury, Esq.
Salsbury, Clements, Bekman, Marder & Adkins
300 West Pratt Street
Suite 450
Baltimore, MD 21201

**Action:** Hedrick, Ok Kyong
vs
United States of America
**Action #:**
**Rep:** Linda L. Crockett
**Cert:**

| Item | Proceeding/Witness | Description | Quantity | Units | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Khaled Kebaish, M.D. | Original | 137 | Pages | $3.50 | $479.50 |
| 2 | Khaled Kebaish, M.D. | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 3 | | CD Creation | 1.00 | Cd | $0.00 | $0.00 |
| 4 | | Shipping & Handling | 1.00 | Labor | $0.00 | $0.00 |

**Comments:**

Thank You For Your Business

| | |
|---|---|
| Sub Total | $479.50 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $479.50 |
| Payment | $0.00 |
| **Balance Due** | $479.50 |

Federal Tax I.D.: 52-1938692    Terms: Due Upon Receipt

Please KEEP THIS PART for

# Invoice

Legal Video Solutions
9515 Deereco Road
Suite 200
Timonium, MD 21093
USA
Phone:   410-821-4888
Fax:     410-821-4889

Invoice Number: 1765

Invoice Date: Nov 14, 2006

Page: 1

**Sold To:**
Salsbury, Clements, Bekman
300 W. Pratt St.
Suite 450
Baltimore, MD 21201

**Ship To**
STUART SALSBURY

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Salsbury, Clements | MOQUIN | Net 15 Days |

| Sales Rep | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| Gay | Hand Deliver | 11/13/06 | 11/29/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | VIDEO ORIGINAL | OK KYONG HEDRICK VS USA | 325.00 | 325.00 |

Check No:

| | |
|---|---|
| Subtotal | 325.00 |
| Sales Tax | |
| Total Invoice Amount | 325.00 |
| Payment Received | |
| **TOTAL** | **$325.00** |

**Department of Orthopaedic Surgery**
601 North Caroline Street
Baltimore, MD 21287-0882
410-955-3376 Office
410-502-6816 Fax

**Khaled Kebaish, M.D., FRCSC**
*Assistant Professor, Orthopaedic Surgery*
*Assistant Professor, Spine Surgery*

INVOICE



February 02, 2007

Salisbury, Clements, Berkman, Marder & Adkins, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
Fax: (410) 625-9554

Re: Hedrick v. Walter Reed Hospital

Dear Mr. Salisbury:

Please note the invoice for the deposition with reference to the - Hedrick v. Walter Reed Hospital

Deposition: 2-2-07 total of 3hrs @ $900.00
Total Charge: $2700.00
**Balance Due: $2700.00**

**Information Enclosed**
**Payment due upon receipt.**

Please forward the above amount to:

Khaled M. Kebaish, M.D.
Johns Hopkins Outpatient Center
Department of Orthopaedic Surgery
Fifth Floor, Rm 5243
601 North Caroline Street
Baltimore, Maryland 21287-0882

Checks should be made payable to: Khaled M. Kebaish, M.D.

Submitted by Khaled M. Kebaish, M.D.

Tax ID#: 032645612

KUHRT WIENEKE MD

Orthopedic Center    TIN: 008305961
900 State Road
North Adams MA 01247

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/2/'07 | 558 |

**BILL TO**

Salsbury Clements et al
300 West Pratt St Suite 450
Baltimore MD 21201

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  |  | Hedrick Ok |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Medical expert testimony | 5,000.00 | 0.00 5,000.00 |

**Total**   $5,000.00

# Invoice

KUHRT WIENEKE MD

Orthopedic Center   TIN: 008305961
900 State Road
North Adams MA 01247

| DATE | INVOICE # |
|---|---|
| 4/2/'07 | 560 |

| BILL TO |
|---|
| Salsbury Clements et al<br>300 West Pratt St Suite 450<br>Baltimore MD 21201 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  |  | Hedrick Ok |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Medical expert testimony Travel expenses, incl airfare, ground, Parking | 356.00 | 356.00 |

**Total**  $356.00

# Thomas C. Borzilleri, Ph.D.
One Democracy Plaza
6701 Democracy Boulevard
Suite 300
Bethesda MD 20817

202-862-3630

Stuart M. Salsbury, Esq.  March 29, 2007
Salsbury, Clements, Bekman
Marder & Adkins LLC
300 West Pratt Street, Suite 450
Baltimore, MD 21201

| | In Reference To: | Hedrick Matter | Invoice # | 14514 |
|---|---|---|---|---|
| | | Professional services | | |
| | | | Hrs/Rate | Amount |
| 3/23/07 | | Review of file, updated estimates for current annuity prices, taxes, preparation of direct examination questions | 2.00 375.00/hr | 750.00 |
| 3/27/07 | | Court and travel time (12:00-4:00PM) | 4.00 375.00/hr | 1,500.00 |
| | | For professional services rendered | 6.00 | $2,250.00 |
| | | Previous balance | | $2,456.25 |
| 7/21/06 | | Payment - thank you | | ($2,456.25) |
| | | **Balance Due** | | **$2,250.00** |

**BILLS PAYABLE UPON RECEIPT**