# SMOLKIN VOCATIONAL SERVICES, INC.

**CHARLES SMOLKIN**
President

8 Church Lane • Baltimore, Maryland 21208
(410) 653-3600 • Facsimile: (410) 484-1050

**CAROLE J. SMOLKIN**
Vice-President

**Federal ID #52-2068590**

March 28, 2007

Stuart Salsbury
Salsbury Clements Bekman
300 West Pratt Street
Suite 450
Baltimore, Maryland 21201

**Invoice Number**

**22956**

Page      1

| | |
|---|---|
| Client: | Hedrick, Ok Kyong |
| Social Security: | 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 |
| Date of Injury: | |
| Claim Number: | |
| Employer: | |
| Referral Source: | Stuart Salsbury, Esq. |
| Counselor: | Charles Smolkin |
| WCC #: | |
| Category: | VOCATIONAL |

| | | |
|---|---|---|
| 03/26/2007 | Preparation for Testimony | 0.70 |
| 03/27/2007 | Appearance & Testimony at Trial in D.C. Portal to Portal | 6.50 |
| | Total Hours at $350.00 per Hour | 7.20 Hours |

| **Total Bill** | **$2,520.00** |
|---|---|

*Charles Smolkin*
Charles Smolkin, LCPC, CRC, CVE, CDMS, CCM
President
WCC #: G0260

bj



Remit To: SOURCECORP
P.O. Box 19066
Green Bay, WI 54307-9066



SOURCECORP Recordex
866-420-7455
FED ID NO. 51-0370082

## ACCOUNTS RECEIVABLE
## STATEMENT

SALSBURY CLEMENTS
300 W PRATT ST
STE 450
BALTIMORE MD 21201

| | |
|---|---|
| **Date:** | 11/07/2005 |
| **Customer No.** | 40700 |

| Invoice # | Patient Name<br>Facility Name | Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| 1-01-41405-0 | SCHMITT, CATHERINE<br>207407596<br>UNIVERSITY OF PA MEDICAL CEN | 09/14/2005 | 574.53 | 574.53 |
| 1-BF-163368-0 | HEDRICK, OK<br>233 41 0851<br>JOHNS HOPKINS | 08/26/2005 | 259.24 | 259.24 |
| 1-BJ-27050-0 | ROUSSELL, KEVIN<br>ST. JOSEPH'S | 01/11/2005 | 23.42 | -23.42 |

**Total Unapplied Payments**        540.85

STEVE

**TOTAL BALANCE DUE**        810.35
**All major credit cards are accepted**
*The above charges are for copies of medical records.*

# HAMILTON, BOLASNY, NEWELL & SZALAI, M.D.'s

## 905 SOUTH GOVERNORS AVENUE • DOVER, DELAWARE 19904

**Keith Hamilton**, M.D.
*Diplomate American Board of Surgery*
*Diplomate American Board of Thoracic Surgery*

**Bruce L. Bolasny**, M.D.
*Diplomate American Board of Surgery*
*Diplomate American Board of Thoracic Surgery*

(302) 674-2420 *Phone:*
(302) 674-2421
(302) 674-4473 *Fax*

**Wendy S. Newell**, M.D.
*Diplomate American Board of Surgery*

**Levente J. Szalai**, M.D.

GENERAL, VASCULAR AND
THORACIC SURGERY
Hours by Appointment

May 8, 2006

Salsbury, Clements, Bekman, Marder & Adkins, LLC
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201

ATTN: Stacy Hanley, Paralegal
To Stuart M. Salsbury, Esquire

RE: Hedrick, Ok Kyong
DOB: 9/1/58
SS# 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

Dear Stacy,

We received the request for medical records on the above patient. In order to send the records, we require pre payment of $30.00. Please send a check to the above address & we will be happy to send records to you.

If you have any questions, please contact me at the above phone number or address.

Thank you,

Donita Mallak
Office Manager

# Integrated Care of Dover, P.A.

*DAVID G. REYES, M.D.*                                    *29 Gooden Ave. Dover, DE  19904*
*Family Practice*                                          *ph (302)735-7780  fx(302)735-7781*

DATE: May 11, 2006

To: Stacey Hanley
300 West Pratt St. Suite 450
Baltimore, MD 21201

We are sending you copies of Ok-Kyong Hendrick - medical
(Patient's name)

records; including records relating to consultation, care or treatment
and billing/payments records. We have enclosed   47   pages
with this letter. Please be advised that the fee is $  26.00   for
these records.

Our EIN is : 04- 3674856. Please make the check payable to Integrated
Care of Dover, P.A.

Sincerely,

Jackie Sanchez

SALSBURY, CLEMENTS, BEKMAN
MARDER & ADKINS, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, Maryland  21201

Office:  (410) 539-6633                        Facsimile: (410) 625-9554

# FAX COVER SHEET

### Total Number of Pages _8_
### (Including This Cover Sheet)

**PLEASE DELIVER TO:**                    **DATE:**  _May 11, 2006_

_Eduardo De Los Reyes, M.D._              **Fax#:**  _301-885-0175_

_Attn: Barbara_

*[handwritten: 6/5/06 PLEASE NOTE we have a $25 charge for records upon receipt of pymt records will be sent...]*

**FROM:**    **THE DESK OF STACY HANLEY, PARALEGAL**
             **TO STUART M. SALSBURY, ESQUIRE**

**RE:**  _Ok Kyong Hedrick - dob: 9/1/58; SS#: 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_

**COMMENTS:**  *We represent Mrs. Hedrick for injuries related to her June 2, 2000 admission/spine surgery at Walter Reed Hospital. Accordingly, we are requesting any records pertaining to problems that stem from this surgery.*

*Thank you.*

*HARD COPY TO FOLLOW:*    **NO  X**    **CLIENT NO. _0921_**

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL STACY
IMMEDIATELY AT THE ABOVE-LISTED TELEPHONE NUMBER.

### Confidentiality Notice

*THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.*

INTERVENTIONAL PAIN MANAGEMENT
JAMES G. UY, M.D.
3555 Leonardtown Road, Suite #1, Waldorf, MD  20602
301-885-0174

# INVOICE

**Date:** 1/7/07

**To:** STACY HANLEY

**Patient:** OK Kyong Henderson

**History:** 246-82-25

**From:**   *Johns Hopkins hospital*

**Subject:** *X-ray Copies*

**Payment in the amount of $** 105.00 **to cover the cost of copying the Above referenced film file.** 3 set 3500 each

**Please make check payable to:**  *The Johns Hopkins Hospital
Department of Radiology*

**Please send a copy of this invoice
Back with your check
Mail \ Deliver Payment to:**      The Johns Hopkins Hospital
Radiology Administration
Attn: Carl Johnson \ Legal Clerk
600 North Wolfe st.
Blalock Building Rm B179
Baltimore,MD 21287

## PAYMENT IS DUE UPON RECEIPT OF THIS NOTICE

Thank you.



**X·RAY**
DUPLICATING SERVICES, INC.

3500 Boston St.
Suite 232
Baltimore, MD 21224

**(410) 327-2525**

**INVOICE**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 6062806 | 06/28/06 |

SOLD TO:
Salsbury, Celments, Bekman,
Marder & Adkins
300 West Pratt St Suite 450
Baltimore, Maryland

SHIP TO:
Salsbury, Celments, Bekman,
Marder & Adkins
300 West Pratt St Suite 450
Baltimore, Maryland

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
|  | 06/27/06 | 06/28/06 |  |  |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
|  | DUE ON RECEIPT | 06/28/06 |  |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| DSCAN | 4 | 4 | 04 Films/Hedrick, O | 12.00 | 48.00 |
| CDISC | 2 | 2 | Compact Disc | 10.00 | 20.00 |

MESSAGE:

| | |
|---|---|
| SUBTOTAL | 68.00 |
| SALES TAX | 3.40 |
| SHIPPING | 0.00 |
| **TOTAL** | 71.40 |

Delinquent invoices will be subject to a service charge of 1.5% per month.

**Executive Exhibits, LLC**
28A Allegheny Avenue
Towson, MD 21204
52-2062295

# INVOICE

Invoice Number:  11861
Invoice Date:    Mar 16, 2007
Page:            1

Voice:  (410) 828-8595
Fax:    (410) 296-7010

| Bill To: | Ship to: |
|---|---|
| James Gentry, Esquire<br>Salsbury, Clements, Bekman<br>300 W. Pratt Street, Suite 450<br>Baltimore, MD  21201 | |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| James Gentry, Esq. | Hednick | Net 5 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | | | 3/21/07 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 16.00 | Radiology Film Scan | Radiology Film Scan - 8 oversized film | 15.00 | 240.00 |

| | | |
|---|---|---|
| Subtotal | | 240.00 |
| Sales Tax | | |
| Total Invoice Amount | | 240.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **240.00** |

Check/Credit Memo No: