OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

| | |
|---|---|
| OK KYONG HEDRICK, Plaintiff ) | |
| ) | |
| V.   ) | CIVIL ACTION #05-2070 |
| ) | |
| UNITED STATES OF AMERICA, Defendant ) | |

After review of the Bill of Costs filed April 13, 2007, costs are taxed in the amount of $ 4,255.64 and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk

By: *Jeffrey Blanchard*
    Deputy Clerk

11/1/07
Date

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

# MEMORANDUM

TO:     STUART M. SALSBURY
FROM:   JEFFREY BLANCHARD
CASE:   HEDRICK v. UNITED STATES OF AMERICA, #05-2070
DATE:   NOVEMBER 1, 2007

The taxing of costs has been completed in the above-referenced case. The full amount was not awarded for the following reasons:

| Category | Amount Requested | Amount Allowed |
| --- | --- | --- |
| 1. Court Reporter Fees | $2,508.00 | $2,473.00 |
| 2. Witness Fees | $11,951.00 | $476.00 |

**1. Reason: Costs for a condensed transcript are not allowed.**

**2. Reason: Expert witness fees are not allowed.**

cc: Opposing counsel